FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 23 2009

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 09-cv-00050-WYD-MEH

ADAM KARTIGANER,

    Plaintiff,

v.

BRUCE NEWMAN, In his Official Capacity of Sheriff of Huerfano County, Colorado,
LARRY BALDONADO, In his Official Capacity of Police Chief of Walsenburg, Colorado,
DEREK PETERS, In his Official Capacity of Police Officer of Walsenburg, Colorado,
JOE BERNAL, In his Official Capacity of Police Officer of Walsenburg, Colorado,

    Defendants.

---

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed in forma pauperis. It now is

ORDERED that, if appropriate, the United States Marshal shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States.

Dated: February 20, 2009.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-00050-WYD-MEH

Adam Kartiganer
PO Box 93578
Pasadena, CA 91109

Carla Weldon - **CERTIFIED**
Huerfano County Corr. Center
304 Ray Sandoval Street
Walsenburg, CO 81089
**SERVICE DOCUMENTS FOR:**
**Bruce Newman, Larry Baldonado,**
**Derek Peters, and Joe Bernal**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following service forms to Carla Weldon for service of process on Bruce Newman, Larry Baldonado, Derek Peters, and Joe Bernal: COMPLAINT FILED 01/13/09, SUMMONS, NOTICE OF WAIVER, AND NOTICE OF AVAILABILITY OF A U.S. MAGISTRATE JUDGE CONSENT FORM on 2/23/09.

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk