IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00050-WYD-MEH

ADAM KARTIGANER,

     Plaintiff,

v.

BRUCE NEWMAN, in his official capacity of Sheriff of Huerfano County, Colorado,
LARRY BALDONADO, in his official capacity of Police Chief of Walsenburg, Colorado,
DEREK PETERS, in his official capacity of Police Officer of Walsenburg, Colorado, and
JOE BERNAL, in his official capacity of Police Officer of Walsenburg, Colorado,

     Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 22, 2009.**

     Defendant's Motion for Protective Order Regarding Plaintiff's Requests for Admission [filed December 21, 2009; docket #41] is **denied without prejudice** for failure to comply with D.C. Colo. LCivR 7.1A.

     In addition, Defendant shall file a response to Plaintiff's Motion to Compel and Request for Sanction [docket #37] **on or before December 29, 2009**.