IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00050-WYD-MEH

ADAM KARTIGANER,

     Plaintiff,

v.

BRUCE NEWMAN, in his official capacity of Sheriff of Huerfano County, Colorado,
LARRY BALDONADO, in his official capacity of Police Chief of Walsenburg, Colorado,
DEREK PETERS, in his official capacity of Police Officer of Walsenburg, Colorado, and
JOE BERNAL, in his official capacity of Police Officer of Walsenburg, Colorado,

     Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 31, 2009.**

     Plaintiff's Motion to Compel and Request for Sanction [filed November 27, 2009; docket #37] is **denied**. Upon review of the Defendants' Fed. R. Civ. P. 26(a)(1) Initial Disclosures, the Court finds that such disclosures comply with Rule 26(a)(1)(A). *See* docket #37 at 22-25. Defendants need not provide the name, address and telephone number for any individual unless Defendants intend to support their defenses by use of such individual's testimony. Likewise, the Defendants need not provide copies of documents they do not intend to use for support of their defenses. The Court disagrees that the copies of documents provided by Defendants are "illegible." To the extent that the Plaintiff believes the Defendants have discoverable information not required to be disclosed pursuant to Rule 26(a)(1)(A) or if the Plaintiff seeks additional information as a result of Defendants' initial disclosures, the Plaintiff may seek such information through use of interrogatories (Rule 33), requests for production of documents (Rule 34) and requests for admission (Rule 36).