IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00050-WYD-MEH

ADAM KARTIGANER,

    Plaintiff,

v.

BRUCE NEWMAN, in his official capacity of Sheriff of Huerfano County, Colorado,
LARRY BALDONADO, in his official capacity of Police Chief of Walsenburg, Colorado,
DEREK PETERS, in his official capacity of Police Officer of Walsenburg, Colorado, and
JOE BERNAL, in his official capacity of Police Officer of Walsenburg, Colorado,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 31, 2009.**

    Defendants' Amended Motion for Protective Order Regarding Plaintiff's Requests for Admission [filed December 22, 2009; docket #45] is **granted in part and denied in part**. Pursuant to the Scheduling Order in this matter, the parties are "limited to ... 25 requests for admission per side." *See* docket #21 at 8. Thus, the Plaintiff may propound 25 requests for admission to the Defendants, but such requests need not be based upon, nor limited by, the Report and Recommendation filed in this case.