IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00050-WYD-MEH

ADAM KARTIGANER,

    Plaintiff,

v.

BRUCE NEWMAN, in his official capacity of Sheriff of Huerfano County, Colorado,
LARRY BALDONADO, in his official capacity of Police Chief of Walsenburg, Colorado,
DEREK PETERS, in his official capacity of Police Officer of Walsenburg, Colorado, and
JOE BERNAL, in his official capacity of Police Officer of Walsenburg, Colorado,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 9, 2010.**

    Defendants' Motion to Vacate [and Reset] Motions Hearing [<u>filed March 8, 2010; docket #82</u>] is **granted**. The motions hearing scheduled for March 18, 2010, is **vacated and rescheduled** for Tuesday, **March 23, 2010, at 9:00 a.m.** in Courtroom 203 on the second floor of the Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

    The Plaintiff, who resides out-of-state, may appear at the conference by telephone by calling my Chambers at (303) 844-4507 at the appointed time.

    Please remember that anyone seeking entry into the Byron G. Rogers United States Courthouse will be required to show a valid photo identification. *See* D.C. Colo. LCivR 83.2B.