IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No. 09-cv-00050-WYD-MEH | Date: March 23, 2010 |
| Courtroom Deputy: Cathy Coomes | **FTR – Courtroom C203** |

ADAM KARTIGANER,                                              *Pro Se* (by telephone)

    Plaintiff,

vs.

BRUCE NEWMAN,                                            Edmund Kennedy
LARRY BALDONADO,
DEREK PETERS, and
JOE BERNAL

    Defendants.

## COURTROOM MINUTES/MINUTE ORDER

**MOTIONS HEARING – Plaintiff's Motion to Exclude the Affidavit and Testimony of Defense Witness Paul Wiese (Doc. #74, filed 2/18/10); Plaintiff's Motion for Continuance and to Lift Stay of Discovery (Doc. #78, filed 3/1/10); Plaintiff's Motion for Sanctions against Defendants, their Counsel and the Hall & Evans Law Firm (Doc. #79, filed 3/1/10)**

**Court in session:**     **9:08 a.m.**

Court calls case. Appearances of *pro se* Plaintiff and Defendants' counsel.

Argument and discussion regarding pending motions.

**ORDERED:** As stated on the record, the Court enters the following rulings:

- Plaintiff's Motion for Continuance and to Lift Stay of Discovery (Doc. #78, filed 3/1/10) is GRANTED in part to allow the deposition of Paul Wiese. Mr. Kennedy will provide to Mr. Kartiganer the dates over the next 30 days that Mr. Wiese is available for deposition. The remainder of the motion is denied.

- Plaintiff shall file his response to Defendants' Motion for Summary Judgment 40 days after Mr. Wiese's deposition; Defendants' shall file a reply 15 days thereafter.

- Plaintiff's Motion to Exclude the Affidavit and Testimony of Defense Witness Paul Wiese (Doc. #74, filed 2/18/10) is DENIED.

- Plaintiff's Motion for Sanctions against Defendants, their Counsel and the Hall & Evans Law Firm (Doc. #79, filed 3/1/10) is DENIED.

**Court in recess:** **9:27 a.m.  (Hearing concluded)**
**Total time in court:** 0:19