# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00050-WYD-MEH

ADAM KARTIGANER,

     Plaintiff,

v.

BRUCE NEWMAN, in his official capacity of Sheriff of Huerfano County, Colorado,
LARRY BALDONADO, in his official capacity of Police Chief of Walsenburg, Colorado,
DEREK PETERS, in his official capacity of Police Officer of Walsenburg, Colorado, and
JOE BERNAL, in his official capacity of Police Officer of Walsenburg, Colorado,

     Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 21, 2010.**

     Defendants' Unopposed Motion to Vacate Final Pretrial Conference Scheduled for June 29, 2010 [filed June 18, 2010; docket #93] is **granted**. The Final Pretrial Conference set for June 29, 2010, is **vacated**. As previously ordered in this Court's adjudication of Defendants' motion to stay based on their assertion of qualified immunity, the parties shall file a status report within three business days of receiving a ruling on the Corrected Motion for Summary Judgment (docket #66), indicating what changes in the Scheduling Order are needed.